*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:          )
  Amy R Denight      )    Case No. 23–11774–mdc
              )
              )
  Debtor(s).        )    Chapter: 13
              )
              )

## ORDER

   AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated June 16,2023, this case is hereby DISMISSED.

Date; 7/6/2023

              _____
              Magdeline D. Coleman
              Chief Judge, United States Bankruptcy Court

Missing Documents:
Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period Form 122C–1
Means Test Calculation Form 122C–2.
Chapter 13 Plan
Schedules AB–J
Statement of Financial Affairs
Summary of Assets and Liabilities